```
 1 | DANIEL J. BRODERICK, Bar #89424
   | Federal Defender
 2 | CARRIE LEONETTI, Maryland Bar
   | Assistant Federal Defender
 3 | Designated Counsel for Service
   | 2300 Tulare Street, Suite 330
 4 | Fresno, California  93721-2226
   | Telephone: (559) 487-5561
 5 |
   | Attorney for Defendant
 6 | RAFAEL ACEVEDO-GOMEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-0224 OWW |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND PROPOSED ORDER |
| v. | ) ) | THEREON |
| RAFAEL ACEVEDO-GOMEZ, | ) ) | Date:  January 22, 2008 |
| *Defendant.* | ) ) ) | Time:  9:00 a.m. Dept : Hon. Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for  December 10, 2007, may be continued to **January 22, 2008 at 9:00 a.m.**

　　　　The continuance sought is at the request of the parties as they are  awaiting the Advisory Presentence Investigation Report.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATED:  December 6, 2007         McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Ian Garriques
                                 IAN GARRIQUES
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DATED: December 6, 2007          DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Carrie S. Leonetti
                                 CARRIE S. LEONETTI
                                 Assistant Federal Defender
                                 Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   December 6, 2007**         **/s/ Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE