| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CARRIE LEONETTI, Maryland Bar |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | RAFAEL ACEVEDO-GOMEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-0224 OWW |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; AND ORDER THEREON |
| v. | ) | |
| | ) | |
| RAFAEL ACEVEDO-GOMEZ, | ) | Date: January 29, 2008 |
| | ) | Time: 9:00 a.m. |
| *Defendant.* | ) | Dept : Hon. Oliver W. Wanger |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for January 22, 2008, may be continued to **January 29, 2008 at 9:00 a.m.**

   This continuance is requested by counsel for the defendant to allow additional time for defense consideration of the government's plea offer received January 11, 2008.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Acevedo-Gomez - Stipulation to Continue Status Conference

| | | |
|---|---|---|
| 1 | DATED:  January 11, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant U.S. Attorney |
| 4 | | Attorney for Plaintiff |

 

DATED: January 11, 2008        DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Carrie S. Leonetti
                                CARRIE S. LEONETTI
                                Assistant Federal Defender
                                Attorney for Defendant

IT IS SO ORDERED.

**Dated:   January 15, 2008**          **/s/ Oliver W. Wanger**
                                UNITED STATES DISTRICT JUDGE